UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

EVOX PRODUCTIONS LLC, a Delaware limited liability company,

Plaintiff,

v.

EXPEDIA, INC., a Washington corporation, HOTWIRE, INC., form of business unknown, DOES 1-10,

Defendants.

No.

**COMPLAINT FOR DIRECT COPYRIGHT INFRINGEMENT**

**JURY DEMAND**

Plaintiff EVOX Productions LLC ("**Plaintiff**" or "**EVOX**") brings this Complaint against Expedia, Inc. ("**EXPEDIA**") and Hotwire, Inc. ("**HOTWIRE**"; collectively, "**Defendants**") and DOES 1-10 and alleges as follows:

### JURISDICTION AND VENUE

**Subject Matter Jurisdiction**

1. This Court has subject matter jurisdiction over the copyright claim pursuant to 17 U.S.C. Section 501, *et seq.*, and 28 U.S.C. Sections 1331 and 1338(a).

**Personal Jurisdiction**

2. This Court may exercise personal jurisdiction over EXPEDIA because it is a corporation organized under the laws of Washington, and upon information and belief, is headquartered in Seattle, Washington.

COMPLAINT – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

3. This Court may exercise personal jurisdiction over HOTWIRE because, upon information and belief, it is managed, owned, and operated by EXPEDIA out of Seattle, Washington.

**Venue**

4. Venue for EVOX's copyright claim is proper in the District pursuant to 28 U.S.C. Section 1400(a) because, as alleged herein, EXPEDIA and HOTWIRE are amenable to personal jurisdiction here.

**PARTIES**

5. EVOX is a Delaware limited liability company with its principal place of business in Chino, California.

6. EXPEDIA is a corporation organized under the laws of Washington.

7. HOTWIRE was a California corporation. EVOX is informed and believes that HOTWIRE no longer operates as a separate legal entity, and is wholly owned and operated as a business unit of EXPEDIA.

8. The true names and capacities of Defendants named herein as DOES 1 through 10 are unknown to EVOX, who therefore sues them by fictitious names. EVOX will amend this Complaint to allege the true names and capacities when ascertained.

9. Upon information and belief, in performing the acts or omissions described in this Complaint, EXPEDIA, HOTWIRE, and each of the DOE defendants were acting as the principal, representative, agent, employee or alter ego of each other, and were acting within the scope of such agency or employment to commit the acts alleged herein. Each defendant sued herein aided and abetted the other with the intent that each would be successful in their mutual endeavors. Each defendant contributed to EVOX's damages and the statutory violations alleged herein.

**NATURE OF THE ACTION**

10. EVOX has been a pioneer in the industry of automobile photography for over

25 years.  During that time, it has meticulously catalogued the highest quality still images, interactive images, and videos of several thousand vehicle makes and models.  EVOX licenses these images to a variety of entities in the automobile industry.

11. Given the proprietary methods that EVOX uses to maintain the consistency of its images, each image is a valuable intellectual property asset.  Indeed, each of its images can be individually licensed.  Accordingly, EVOX protects each image in its library with copyright registration.

12. In 2022, EVOX discovered that EXPEDIA and HOTWIRE were using EVOX's copyrighted images without license or authorization. After efforts to resolve the dispute failed, this action ensued.

## SPECIFIC ALLEGATIONS

### EVOX Develops a Comprehensive Library of Standardized Images That Are Each Protected By A Unique Copyright Registration

13. Over 25 years ago, EVOX began developing a standardized set of high-quality digital images ("**Images**") for every vehicle commercially available.  Each year, it adds Images of approximately 500 new vehicles – representing all newly released makes, models, and trims.

14. EVOX's photography team created a comprehensive set of interior, exterior, and interactive Images for each of the vehicles.  The process includes an intensive post-production review.

15. Over the years, EVOX has refined its process to such a degree that its images are widely regarded as the highest-quality digital automotive images in the industry.  Each EVOX Image can be separately licensed.

16. Given their independent value, EVOX protects its intellectual property rights by securing Certificates of Copyright Registration from the Register of Copyrights for each Image. Today, EVOX owns and maintains the copyrights in more than one million Images pursuant to the United States Copyright Act.

COMPLAINT – Page 3



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

### EVOX Learns that EXPEDIA and HOTWIRE are Using EVOX's Copyrighted Images Without License or Authorization

17. To protect its valuable intellectual property, EVOX has procedures in place to monitor the internet for the unauthorized use of its copyrighted Images in order to protect its licensing business.

18. In 2022, EVOX discovered that EXPEDIA and HOTWIRE were using 204 of EVOX's copyrighted Images without license or authorization. The unauthorized use fell into three (3) categories:

### Use 1:  Promotion of Expedia on Google

19. EVOX is informed and believes that EXPEDIA first acquired EVOX Images from authorized EVOX licensees. These third party licensees ("**Licensees**") were permitted to use EVOX Images in association with online advertising and branding.

20. In order for the Licensees' advertisements and branding to be served on websites controlled and operated by EXPEDIA, it was necessary that the Licensees provide EXPEDIA with the EVOX Images they had licensed. EXPEDIA then stored the EVOX Images on its electronic storage media – also known as "image servers."

21. When EVOX Images were displayed in association with the Licensees' advertising and branding, they were served from EXPEDIA's image servers.

22. EXPEDIA did not limit its use of EVOX Images for the benefit of the authorized Licensees. EXPEDIA also made EVOX images available for public display, and served them to users of the search engine Google.

23. When users of Google conducted searches demonstrating an interest in services provided by EXPEDIA (*e.g.*, car rentals), the Google results page would populate with EVOX Images hosted and served from EXPEDIA's image servers.

24. To be clear, the Images were not being served by EXPEDIA in connection with an authorized use or for the benefit of Licensees. Instead, the EVOX Images would

appear on the Google results page along with EXPEDIA's logo and branding.

25. If a user clicked on one of the EVOX Images, a new frame would open within the browser with a larger EVOX Image hosted by EXPEDIA.

26. When users clicked on these larger EVOX Images, they would be directed to various pages of EXPEDIA's website that were not associated with the authorized Licensees. Thus, the reproduction, distribution, and public display of EVOX Images drove web traffic to EXPEDIA's for-profit website.

**Use 2:  Use of EVOX Images on the HOTWIRE Website**

27. Of the 204 Images infringed by EXPEDIA, a subset of 27 were also reproduced, distributed, and publicly displayed on the HOTWIRE website.  HOTWIRE was once a wholly owned subsidiary of Expedia.  EVOX is informed and believes that HOTWIRE is now operated as a business unit of EXPEDIA, and no longer has a separate corporate existence.

28. HOTWIRE used these 27 EVOX Images as icons to help users navigate its website.  Users of the website would see these EVOX Images, and could click on them in order to move to other pages on the HOTWIRE website.

29. Neither EXPEDIA nor HOTWIRE had a valid license to use EVOX Images at the time they were displayed on HOTWIRE's website.

**Use 3:  Use of EVOX Images on the Expedia Website**

30. Of the 204 images infringed by EXPEDIA, a subset of 4 were also reproduced, distributed, and publicly displayed on EXPEDIA's website.

31. EXPEDIA used these 4 EVOX Images as icons to help users navigate its website.  Users of the website would see these EVOX Images, and could click on them in order to move to other pages on the EXPEDIA website.

32. EXPEDIA did not have a valid license to use EVOX Images at the time they were displayed on EXPEDIA's website.

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**EXPEDIA and HOTWIRE Infringed EVOX's Copyrighted Images Willfully**

33. The facts and circumstances surrounding EXPEDIA's and HOTWIRE's use of EVOX's copyrighted Images without authorization suggests that the infringement was willful.

34. For instance, EVOX first notified EXPEDIA that it was infringing EVOX's copyrights in September 2022.

35. Upon request of EXPEDIA, EVOX provided the specific uniform resource locators ("URLs") to EXPEDIA in November 2022. These URLs enabled EXPEDIA to identify where on its servers the EVOX Images were being stored and publicly displayed.

36. Despite these efforts, EXPEDIA continued to infringe EVOX's copyrights in the manner outlined herein at least until June 2024 – nearly two (2) years after EVOX first notified EXPEDIA of the infringement.

37. EXPEDIA and HOTWIRE's continued, unauthorized, and unlicensed use of EVOX Images during that period demonstrates a willful disregard for EVOX's intellectual property rights.

38. In furtherance of their efforts to resolve the dispute, EVOX, EXPEDIA, and HOTWIRE entered into a tolling agreement that suspended the running of the applicable statutes of limitation through January 2026.

**COUNT ONE**

**(Copyright Infringement – 17 U.S.C. § 501, *et seq.*)**

39. EVOX re-alleges the allegations in the preceding paragraphs as though fully set forth herein.

40. Each of the Images is an original pictorial work and constitutes copyrightable subject matter pursuant to 17 U.S.C. §§ 101 and 102. And in fact, EVOX has secured copyright registrations for each of the Images at issue in this action.

41. EXPEDIA and HOTWIRE were not, and are not, licensed or otherwise

authorized to reproduce, distribute, publicly display, or make available the Images.

42. EXPEDIA and HOTWIRE infringed EVOX's copyrights by reproducing, distributing, publicly displaying, and making available EVOX Images without license or authorization.

43. *First*, EXPEDIA reproduced EVOX's Images on its image server, then distributed them to promote its website without license or authorization from EVOX. These images were publicly displayed by EXPEDIA on the results page of the Google search engine.

44. *Second*, HOTWIRE distributed and publicly displayed EVOX Images on its website without license or authorization from EVOX. HOTWIRE intended that these Images would add value to its website by making it easier for users to navigate.

45. *Third*, EXPEDIA distributed and publicly displayed EVOX Images on its website without license or authorization from EVOX. EXPEDIA intended that these Images would add value to its website by making it easier for users to navigate.

46. None of the uses described herein were for the benefit of EVOX's authorized Licensees. Instead, EXPEDIA and HOTWIRE appropriated EVOX's Images without license or authorization for the benefit of their own businesses.

47. EVOX is informed and believes that the infringement of EVOX's copyrights by EXPEDIA and HOTWIRE was willful. EVOX first notified EXPEDIA and HOTWIRE of the infringement in 2022. But EXPEDIA and HOTWIRE continued to the offending conduct with a willful disregard of EVOX's copyrights.

48. EVOX has been damaged by this willful infringement in an amount to be determined.

**PRAYER FOR RELIEF**

WHEREAS, EVOX prays for relief as follows:

1. For maximum statutory damage with respect to each copyrighted work

infringed, or such other amounts as may be proper pursuant to 17 U.S.C. § 504(c). Alternatively, EVOX, at its election, is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate infringement.

2. For pre-judgment and post-judgment interest.

3. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

4. For such other and further relief as is just and proper.

DATED: December 18, 2025.

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

**CALLAHAN & BLAINE, PC**

Michael Sachs (*pro hac vice* application to be filed)
Jason Casero (*pro hac vice* application to be filed)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax:    (714) 241-4445
msachs@callahan-law.com
jcasero@callahan-law.com

*Attorneys for Plaintiff Evox Productions LLC*

## DEMAND FOR JURY TRIAL

In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff EVOX demands a trial by jury on all issues triable by jury.

DATED:  December 18, 2025.

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:     (206) 428-3251
jroller@aretelaw.com

**CALLAHAN & BLAINE, PC**

Michael Sachs (*pro hac vice* application to be filed)
Jason Casero (*pro hac vice* application to be filed)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax:     (714) 241-4445
msachs@callahan-law.com
jcasero@callahan-law.com

*Attorneys for Plaintiff Evox Productions LLC*

