Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., a Washington corporation, HOTWIRE, INC., form of business unknown, DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02602-JLR<br><br>**FIRST AMENDED COMPLAINT FOR DIRECT COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff EVOX Productions LLC ("**Plaintiff**" or "**EVOX**") brings this First Amended Complaint against Expedia, Inc. ("**EXPEDIA**") and Hotwire, Inc. ("**HOTWIRE**"; collectively, "**Defendants**") and DOES 1-10 and alleges as follows:

## I. JURISDICTION AND VENUE

### Subject Matter Jurisdiction

1. This Court has subject matter jurisdiction over the copyright claim pursuant to 17 U.S.C. Section 501, *et seq*., and 28 U.S.C. Sections 1331 & 1338(a).

### Personal Jurisdiction

2. This Court may exercise personal jurisdiction over EXPEDIA because it is a corporation organized under the laws of Washington, and upon information and belief, is headquartered in Seattle, Washington.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

3. This Court may exercise personal jurisdiction over HOTWIRE because, upon information and belief, it is managed, owned, and operated by EXPEDIA out of Seattle, Washington.

**Venue**

4. Venue for EVOX's copyright claim is proper in the District pursuant to 28 U.S.C. Section 1400(a) because, as alleged herein, EXPEDIA and HOTWIRE are amenable to personal jurisdiction here.

## II. PARTIES

5. EVOX is a Delaware limited liability company with its principal place of business in Chino, California.

6. EXPEDIA is a corporation organized under the laws of Washington.

7. HOTWIRE was a California corporation. EVOX is informed and believes that HOTWIRE no longer operates as a separate legal entity, and is wholly owned and operated as a business unit of EXPEDIA.

8. The true names and capacities of Defendants named herein as DOES 1 through 10 are unknown to EVOX, who therefore sues them by fictitious names. EVOX will amend this Complaint to allege the true names and capacities when ascertained.

9. Upon information and belief, in performing the acts or omissions described in this Complaint, EXPEDIA, HOTWIRE, and each of the DOE defendants were acting as the principal, representative, agent, employee or alter ego of each other, and were acting within the scope of such agency or employment to commit the acts alleged herein. Each defendant sued herein aided and abetted the other with the intent that each would be successful in their mutual endeavors. Each defendant contributed to EVOX's damages and the statutory violations alleged.

## III. NATURE OF THE ACTION

10. EVOX has been a pioneer in the industry of automobile photography for over



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25 years. During that time, it has meticulously catalogued the highest quality still images, interactive images, and videos of several thousand vehicle makes and models. EVOX licenses these images to a variety of entities in the automobile industry.

11. Given the artistic and creative decisions made by EVOX with respect to angle, lighting, shading, among other factors, each image is a valuable intellectual property asset. Indeed, each of its images can be individually licensed. Accordingly, EVOX protects each image in its library with copyright registration.

12. In 2022, EVOX discovered that EXPEDIA and HOTWIRE were using EVOX's copyrighted images without license or authorization. Specifically, EVOX discovered that EXPEDIA and HOTWIRE personnel selected some of EVOX's copyrighted images (a) to improve the functionality of the EXPEDIA and HOTWIRE websites, (b) to market to EXPEDIA and HOTWIRE users, and (c) to increase the value of the services EXPEDIA provided to customers that had not licensed EVOX's images.

13. EXPEDIA's and HOTWIRE's purposeful use of EVOX's copyrighted images was not authorized, and it did not fall within the scope of any applicable license. After efforts to resolve the dispute failed, this action ensued.

## III. SPECIFIC ALLEGATIONS

### EVOX Develops a Comprehensive Library of Standardized Images That Are Each Protected By A Unique Copyright Registration

14. Over 25 years ago, EVOX began developing a standardized set of high-quality digital images ("**Images**") for every vehicle commercially available. Each year, it adds Images of approximately 500 new vehicles – representing all newly released makes, models, and trims.

15. EVOX's photography team created a comprehensive set of interior, exterior, and interactive Images for each of the vehicles. The process includes an intensive post-production review.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

16. Given their independent value, EVOX protects its intellectual property rights by securing Certificates of Copyright Registration from the Register of Copyrights for each Image. Today, EVOX owns and maintains the copyrights in more than one million Images pursuant to the United States Copyright Act.

**EVOX Learns that EXPEDIA and HOTWIRE are Using EVOX's Copyrighted Images Without License or Authorization**

17. EVOX is informed and believes that EXPEDIA first acquired EVOX Images from authorized EVOX licensees, such as car rental agencies. These third party licensees ("**Licensees**") had licensed EVOX Images for use in connection with online advertising and branding.

18. In order for the Licensees' advertisements and branding to be served on websites controlled and operated by EXPEDIA, the Licensees provided EXPEDIA with the EVOX Images they had licensed. EXPEDIA then stored the EVOX Images on its electronic storage media – also known as "image servers."

19. When EVOX Images were displayed in association with the Licensees' advertising and branding, they were served from EXPEDIA's image servers. Importantly, EVOX is informed and believes that EXPEDIA's use of EVOX Images in association with the Licensees' advertising and branding was a permissible, licensed use.

20. In 2022, however, EVOX discovered that EXPEDIA and HOTWIRE had appropriated and affirmatively selected many of the EVOX Images they had received from Licensees, and were using them without license or authorization.

21. The unauthorized use of these Images by EXPEDIA and HOTWIRE fell into four (4) categories:

**USE 1: Use of EVOX Images on the HOTWIRE Website**

22. EVOX learned that HOTWIRE personnel had selected a number of EVOX Images to use as icons to help users navigate its website.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

23. HOTWIRE reproduced these EVOX Images on its own servers, then processed them so that they could be integrated with the HOTWIRE website.

24. EVOX is informed and believes that this processing included resizing the EVOX Images so that they could be used with other content that HOTWIRE had developed, and optimizing the associated files so that they could be hosted and served efficiently.

25. HOTWIRE used the EVOX Images to improve the functionality of its website. Users would see these EVOX Images, and could click on them in order to move to other pages on the HOTWIRE website.

26. EVOX is informed and believes that HOTWIRE personnel selected these EVOX Images because of their quality, and because they were the best representation of vehicles associated with the services HOTWIRE was providing. This curated selection made HOTWIRE's website more appealing to its users.

27. EVOX is informed and believes that the EVOX Images appropriated by HOTWIRE were repeatedly reproduced, distributed, and publicly displayed to users of the HOTWIRE website without license or authorization.

28. Neither EXPEDIA nor HOTWIRE had a valid license to use EVOX Images at the time they were displayed on HOTWIRE's website.

29. The screenshot below is from HOTWIRE's website. It is an example of how HOTWIRE integrated these EVOX Images in order to increase the functionality of its website.






ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

30. The images on the left of the screenshot are EVOX Images, and HOTWIRE is not using them in association with an authorized or licensed use.

31. To date, EVOX has discovered 29 Images that HOTWIRE selected, appropriated, reproduced, distributed, and served to users of its website for its own benefit. A listing of the images and their copyright registrations is attached as **Exhibit A**.

**USE 2: Use of EVOX Images on the Expedia Website**

32. EVOX learned that EXPEDIA personnel had selected a number of EVOX Images to use as icons to help users navigate its website.

33. EXPEDIA reproduced these EVOX Images on its own servers, then processed them so that they could be integrated with the EXPEDIA website.

34. EVOX is informed and believes that this processing included resizing the EVOX Images so that they could be used with other content that EXPEDIA had developed, and optimizing the associated files so that they could be hosted and served efficiently.

35. EXPEDIA used the EVOX Images to improve the functionality and appeal of its website. Users would see these EVOX Images, and could click on them in order to move to other pages on the EXPEDIA website.

36. EVOX is informed and believes that EXPEDIA personnel selected these EVOX Images because of their quality, and because they were the best representation of vehicles associated with the services EXPEDIA was providing. This curated selection therefore made EXPEDIA's website more appealing.

37. EVOX is informed and believes that the EVOX Images appropriated by EXPEDIA were repeatedly reproduced, distributed, and publicly displayed to users of the EXPEDIA website without license or authorization.

38. Neither EXPEDIA nor HOTWIRE had a valid license to use EVOX Images at the time they were displayed on EXPEDIA's website.

39. The screenshot below illustrates how EXPEDIA integrated EVOX Images



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

into its website in order to increase its functionality:.




40. Although the images in this screenshot from EXPEDIA's website is overlaid with text (*e.g.*, SUV Rentals, Passenger Van Rentals, etc.), EVOX has confirmed that some of these are EVOX Images.

41. To date, EVOX has discovered 4 Images that EXPEDIA selected, appropriated, reproduced, distributed, and served to users of its website without license or authorization. A listing of the images and their copyright registrations is attached as **<u>Exhibit B</u>**.

**<u>USE 3: EXPEDIA Promotes its Business on a Search Engine by Distributing EVOX Images Without License or Authorization</u>**

42. EXPEDIA personnel also selected specific EVOX Images for hosting, upload, download, and distribution to promote EXPEDIA on other web properties.

43. Although EVOX's ability to investigate the inner workings of EXPEDIA's technological infrastructure is necessarily limited at this stage, it appears that EXPEDIA personnel identified certain EVOX Images for distribution and public display in connection with the image search feature of the Google search engine ("**Google Image Search**") for the sole benefit of EXPEDIA.

44. Specifically, when users of Google Image Search conducted searches related to services provided by EXPEDIA (*e.g.*, car rentals), small versions of EVOX Images (commonly referred to as "thumbnails") would appear on the results page.

45. If a user then clicked on one of these degraded thumbnails of EVOX Images, EXPEDIA would then serve up an EVOX Image for public display to the user.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

46. The unlicensed EVOX Image that EXPEDIA distributed and displayed to the user was hosted and served from EXPEDIA's image servers. It would appear adjacent to the thumbnails of EVOX Images.

47. EXPEDIA exercised complete control over these unlicensed EVOX Images, and their distribution and public display was not an automatic function of the EXPEDIA website, or of the search engine. Instead, EXPEDIA made them available for upload, download, distribution, and display.

48. EXPEDIA could have prevented these Images from being distributed and publicly displayed without license and authorization. In fact, as early as 2022, EVOX advised EXPEDIA that it was using EVOX images in a manner that was not licensed or authorized.

49. EXPEDIA nevertheless continued exercising control over the EVOX Images by continuing to serve them in a manner that was not licensed or authorized. EVOX is therefore informed and believes that EXPEDIA continued to distribute and publicly display these EVOX Images in order to promote its own business.

50. The screenshot below illustrates how EXPEDIA distributed and publicly displayed EVOX Images without license or authorization. EXPEDIA served the larger images directly from its servers.






ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

51. In order to attract users to click on the unlicensed images and drive traffic to the EXPEDIA website, EVOX is informed and believes that EXPEDIA personnel drafted text. The images below is an example.




52. In this example, EVOX is informed and believes that EXPEDIA personnel drafted the text that reads: "$1 Car Rental Coco Beach [Total Price] – Expedia."

53. Users who were interested in renting a vehicle at such an exceedingly low price would therefore be enticed to click on the unlicensed EVOX Image that EXPEDIA had distributed and publicly displayed.

54. When the users clicked on the unlicensed EVOX Image, they would be taken to a portion of the EXPEDIA website where they could consummate the transaction. If the user consummated the transaction, it would generate revenue for EXPEDIA.

55. Based upon EVOX's investigation to date, it appears that these users were in many instances directed to pages on EXPEDIA's website that were not associated with authorized EVOX Licensees.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

56. Thus, EXPEDIA purposely used unlicensed EVOX Images to attract users to its website, where they could engage in transactions that generated revenue for EXPEDIA.

57. It was necessary for EXPEDIA to engage in a number of affirmative steps in order to make this possible. *First*, Expedia selected EVOX Images then reproduced them on its servers.

58. *Second*, EXPEDIA removed all information related to any Licensee that had authorization to use the EVOX Images.

59. *Third*, EXPEDIA distributed the EVOX Images by serving them to web users whenever a user expressed an interest in a service EXPEDIA provided.

60. *Fourth,* EXPEDIA was responsible for adding text to the image display that would entice users to visit the EXPEDIA website.

61. To be clear, some or all of these Images were not being used by EXPEDIA in connection with a licensed use, or for the benefit of authorized Licensees of EVOX.

62. To date, EVOX has discovered 164 Images that EXPEDIA selected, appropriated, reproduced, distributed, and served for its own marketing purposes without license or authorization. A listing of the images and their copyright registrations is attached as **Exhibit C**.

**USE 4: EXPEDIA Displays EVOX Images in Association with Rental Listings That Are Not Associated with Authorized EVOX Licensees**

63. In addition to the foregoing infringing uses, EVOX has also discovered that EXPEDIA selected, appropriated, reproduced, distributed, and publicly displayed no less than 11 EVOX Images in connection with listings on the EXPEDIA website that were not associated with authorized EVOX Licensees. A listing of the images and their copyright registrations is attached as **Exhibit D**.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

64. The screenshot below from EXPEDIA's website reflects one such instance:




65. This screenshot is an advertisement for "Routes Car Rental," which EVOX has confirmed is not an EVOX Licensee.

66. Although EVOX does not have insight into the details of how EXPEDIA implemented this infringement, it appears from the operation of the EXPEDIA website that it would work as follows:

67. *First*, EXPEDIA would solicit potential advertisers – such as Routes Car Rental – to advertise on the EXPEDIA website. The advertisers would pay EXPEDIA for this service.

68. *Second,* EXPEDIA would select EVOX Images that were emblematic of the vehicle being rented. In this example, EXPEDIA selected an EVOX Image of a Dodge Grand Caravan.

69. *Third*, when EXPEDIA served an advertisement in response to a query from



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

its customer, EXPEDIA would also serve the corresponding EVOX Image.

70. EVOX is informed and believes that EXPEDIA personnel affirmatively selected EVOX Images that were effective examples of the vehicle types being rented. Moreover, EVOX is informed and believes that EXPEDIA personnel preferred EVOX Images for their quality.

71. Thus, EXPEDIA affirmatively selected, reproduced, distributed, and publicly displayed EVOX images without license or authorization for the benefit of its customers. This increased the value of the service that EXPEDIA was providing.

**EXPEDIA and HOTWIRE Infringed EVOX's Copyrighted Images Willfully**

72. The facts and circumstances surrounding EXPEDIA's and HOTWIRE's use of EVOX's copyrighted Images without authorization suggests that the infringement was willful.

73. For instance, EVOX first notified EXPEDIA that it was infringing EVOX's copyrights in September 2022.

74. Upon request of EXPEDIA, EVOX provided the specific uniform resource locators ("**URLs**") to EXPEDIA in November 2022. These URLs enabled EXPEDIA to identify where on its servers the EVOX Images were being stored and publicly displayed.

75. Despite these efforts, EXPEDIA continued to infringe EVOX's copyrights in the manner outlined herein at least until June 2024 – nearly two (2) years after EVOX first notified EXPEDIA of the infringement.

76. EXPEDIA and HOTWIRE's continued, unauthorized, and unlicensed use of EVOX Images during that period demonstrates a willful disregard for EVOX's intellectual property rights.

77. In furtherance of their efforts to resolve the dispute, EVOX, EXPEDIA, and HOTWIRE entered into a tolling agreement that suspended the running of the applicable statutes of limitation through January 2026.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**COUNT ONE**

**(Copyright Infringement – 17 U.S.C. § 501, *et seq*.)**

78. EVOX re-alleges the allegations in the preceding paragraphs as though fully set forth herein.

79. Each of the Images is an original pictorial work and constitutes copyrightable subject matter pursuant to 17 U.S.C. §§ 101 and 102. And in fact, EVOX has secured copyright registration for each of the Images at issue in this action.

80. EXPEDIA and HOTWIRE were not, and are not, licensed or otherwise authorized to reproduce, distribute, publicly display, or make available the Images.

81. EXPEDIA and HOTWIRE infringed EVOX's copyrights by selecting, appropriating, reproducing, distributing, publicly displaying, and making available EVOX Images without license or authorization.

82. *First*, HOTWIRE distributed and publicly displayed EVOX Images on its website without license or authorization from EVOX. HOTWIRE intended that these Images would add value to its website by making it easier for users to navigate, and making its website more appealing.

83. HOTWIRE's actions in this regard were not passive. Instead, HOTWIRE exercised control over EVOX's Images as follows:

a. HOTWIRE selected which EVOX Images HOTWIRE wanted to use as icons on its website;

b. HOTWIRE prepared the EVOX Images for integration with the HOTWIRE website by, among other things, resizing them; and

c. HOTWIRE stored the EVOX Images on HOTWIRE image servers so that it could publicly display them to users of HOTWIRE's website.

84. *Second*, EXPEDIA distributed and publicly displayed EVOX Images on its website without license or authorization from EVOX. EXPEDIA intended that these Images



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

would add value to its website by making it easier for users to navigate, and making its website more appealing.

85. *Third*, EXPEDIA used EVOX Images for its own marketing efforts by serving them to the results page of Google Image Search. EXPEDIA's actions in this regard were not passive. Instead, EXPEDIA exercised control over EVOX's Images as follows:

a. EXPEDIA exercised control over which EVOX Images could be uploaded, downloaded, distributed, and publicly displayed in support of EXPEDIA's marketing efforts;

b. EXPEDIA removed information related to the original Licensee of these EVOX Images;

c. EXPEDIA reproduced the EVOX Images on its servers and conducted additional processing; and

d. EXPEDIA personnel added advertising text that identified and benefited EXPEDIA.

86. *Fourth*, EXPEDIA used EVOX Images to build the value of the service it was providing to advertisers who were not authorized Licensees of EVOX Images. EXPEDIA's actions in this regard were not passive. Instead, EXPEDIA exercised control over EVOX's Images as follows:

a. EXPEDIA selected which EVOX Images EXPEDIA wanted to associate with its advertisers, who were not authorized EVOX Licensees;

b. EXPEDIA reproduced the EVOX Images on its servers and conducted additional processing; and

c. EXPEDIA determined when these unlicensed EVOX Images would be served on its website.

87. None of EXPEDIA's actions described herein were passive. Instead, EXPEDIA exercised control over EVOX's Images by, among other things:



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

a. Selecting which EVOX Images EXPEDIA wanted to use;

b. Reproducing and storing EVOX Images on EXPEDIA's Image Servers;

c. preparing EVOX Images for integration with the EXPEDIA website by, among other things, resizing them; and

d. distributing and publicly displaying EVOX Images for the benefit of EXPEDIA and its advertisers without license or authorization.

88. None of the uses described herein resulted from automated processes outside the control of EXPEDIA and HOTWIRE. Instead, EXPEDIA and HOTWIRE actively participated in the alleged infringement by selecting EVOX Images for uses that were not authorized or licensed, reproducing them on EXPEDIA and HOTWIRE image servers, and distributing them to users of Google Image Search and users of the EXPEDIA and HOTWIRE websites.

89. Put another way, without the active and purposeful participation of EXPEDIA and HOTWIRE in appropriating EVOX Images for uses that were not authorized or licensed, the infringement alleged herein would not have occurred.

90. None of the uses described herein were for the benefit of EVOX's authorized Licensees. Instead, EXPEDIA and HOTWIRE appropriated EVOX's Images without license or authorization for the benefit of their own businesses.

91. EVOX is not aware of any limitations or restrictions that EXPEDIA and HOTWIRE placed on their unauthorized and unlicensed use of EVOX Images.

92. EVOX is informed and believes that the infringement of EVOX's copyrights by EXPEDIA and HOTWIRE was willful. EVOX first notified EXPEDIA and HOTWIRE of the infringement in 2022. But EXPEDIA and HOTWIRE continued to the offending conduct with a willful disregard of EVOX's copyrights.

93. EVOX has been damaged by this willful infringement in an amount to be



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

determined.

**PRAYER FOR RELIEF**

WHEREAS, EVOX prays for relief as follows:

1. For maximum statutory damage with respect to each copyrighted work infringed, or such other amounts as may be proper pursuant to 17 U.S.C. § 504(c). Alternatively, EVOX, at its election, is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate infringement.

2. For pre-judgment and post-judgment interest.

3. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

4. For such other and further relief as is just and proper.

DATED: May 29, 2026.

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

**CALLAHAN & BLAINE, PC**

By: */s/ Jason Casero*
Michael Sachs (*pro hac vice* pending)
Jason Casero (admitted *pro hac vice*)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax: (714) 241-4445
msachs@callahan-law.com
jcasero@callahan-law.com

*Attorneys for Plaintiff Evox Productions LLC*

**DEMAND FOR JURY TRIAL**

In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff EVOX demands a trial by jury on all issues triable by jury.

DATED: May 29, 2026.

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

**CALLAHAN & BLAINE, PC**

By: /s/ Jason Casero
Michael Sachs (*pro hac vice* pending)
Jason Casero (admitted *pro hac vice*)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax: (714) 241-4445
msachs@callahan-law.com
jcasero@callahan-law.com

*Attorneys for Plaintiff Evox Productions LLC*